Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 05 C 50191 | **DATE** | 9/14/2006 |
| **CASE TITLE** | Seitz vs. Barnhart | | |

**DOCKET ENTRY TEXT:**

For the reasons in the attached Memorandum Opinion and Order, the ALJ's decision to deny Plaintiff benefits prior to May 1, 2004, is remanded for a new hearing consistent with this opinion. Defendant's Motion for Summary Judgment is denied. Plaintiff's Motion for Summary Judgment is granted in part.

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.

FILED
SEP 1 4 2006
MICHAEL W. DOBBINS, CLERK
UNITED STATES DISTRICT COURT

| | Courtroom Deputy Initials: | JH |
|---|---|---|